162 PEOPLE'S P. RY. CO. *v.* TAYLOR, Appellant (NO. 2).

Statement of Facts—Opinion of the Court. [22 Pa. Superior Ct.

## People's Passenger Railway Company *v.* Taylor, Appellant (No. 2).

Argued Oct. 23, 1901. Appeal, No. 169, Oct. T., 1901, by defendant, from decree of C. P. No. 3, Phila. Co., March T., 1893, No. 646, on bill in equity in case of People's Passenger Railway Company v. John Taylor, Receiver of Taxes for the City of Philadelphia. Before RICE, P. J., BEAVER, ORLADY, W. W. PORTER and W. D. PORTER, JJ. Affirmed.

OPINION BY ORLADY, J., January 20, 1903:

This case having been heard with that of No. 168, October term, 1901, and being identical with it, for the reasons given in the opinion, filed this day, in that case, the assignments of error are overruled and the judgment is affirmed.